CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RKO
FEB 19 2009
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| QUINTON MANUEL KILBOURNE, ) | Civil Action No. 7:09-cv-00033 | |
|    Petitioner, ) | | |
| ) | **FINAL ORDER** | |
| v. ) | | |
| ) | | |
| TAZEWELL COUNTY CIRCUIT ) | By: | Hon. Jackson L. Kiser |
| COURT, ) | | Senior U.S. District Judge |
|    Respondent. ) | | |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED** without prejudice for failure to exhaust state court remedies and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This  19th  day of February, 2009.

                                                  /s/ Jackson L. Kiser
                                                Senior United States District Judge